# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

JOHN DOE,

        Plaintiff,

   v.

MICHAEL PAGE,

        Defendant.

Case No.  26-cv-00911-BLF

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE DEFENDANT**

Plaintiff, who is proceeding pro se, filed this action on January 29, 2026.  *See* Compl. (sealed), ECF 1.  The Court provisionally granted Plaintiff's motions to proceed under a pseudonym and to seal in part the complaint and related filings.  *See* Order, ECF 30.  The Court denied Plaintiff's motions for appointment of counsel and early discovery.  *See* Order, ECF 32.

Plaintiff has not filed a proof of service of process on Defendant.  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to complete service of process on Defendant within 90 days after the complaint was filed.  *See* Fed. R. Civ. P. 4(m).  Plaintiff is ORDERED TO SHOW CAUSE, in writing and by June 18, 2026, why this action should not be dismissed without prejudice for failure to serve Defendant

**IT IS SO ORDERED.**

Dated:  May 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge

<div style="writing-mode: vertical-lr">United States District Court<br>Northern District of California</div>