**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN DOE,

           Plaintiff,

    v.

MICHAEL PAGE,

           Defendant.

Case No.  26-cv-00911-BLF

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE FROM JUNE 18, 2026 AT 11:00 AM TO AUGUST 27, 2026 AT 11:00 AM**

The Initial Case Management Conference previously set for June 18, 2026 at 11:00 a.m. is CONTINUED to August 27, 2026 at 11:00 a.m., to be conducted via Zoom Webinar.  The parties shall file a Joint Case Management Statement by August 20, 2026.

    **IT IS SO ORDERED.**

Dated:  June 11, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California