**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN DOE,

            Plaintiff,

    v.

MICHAEL PAGE,

            Defendant.

Case No.  26-cv-00911-BLF

**ORDER EXTENDING PLAINTIFF'S DEADLINE TO SERVE DEFENDANT MICHAEL PAGE; AND DISCHARGING ORDER TO SHOW CAUSE**

United States District Court
Northern District of California

On May 29, 2026, the Court issued an Order to Show Cause why the action should not be dismissed without prejudice for failure to serve Defendant.  *See* Order to Show Cause, ECF 36. Plaintiff's response was due on June 18, 2026.  *See id*.  The Court is informed that Plaintiff's response was received by the Clerk's Office on a date unknown and thereafter was filed on June 26, 2026.  The Court accepts Plaintiff's response as timely.

Plaintiff asks the Court to grant what he refers to as a "pending Motion for Leave to Amend," and to extend his deadline to serve the amended complaint by 90 days.  Pl.'s Response ¶ 2, ECF 39 (redacted).  The Court cannot locate a motion for leave to amend on the docket.  It appears that Plaintiff filed a "Corrected Redacted Copy" of the original complaint on February 3, 2026.  *See* Corrected Redacted Copy, ECF 13.  The Court had understood the purpose of that filing to be correcting the redactions to the original complaint.  Thus, it is the Court's understanding that the operative complaint is the original complaint filed under seal at ECF 1, the redacted public version of which is filed at ECF 13.

The Court will grant Plaintiff a 30-day extension to serve the complaint on the only named defendant, Michael Page.  Plaintiff shall serve Defendant Page with an <u>unredacted</u> copy of the

complaint. While the Court has granted Plaintiff leave to proceed under a pseudonym and to redact certain material from the public docket, Defendant Page has the right to review the unredacted complaint before responding to the claims against him. The Court will also discharge the Order to Show Cause.

Accordingly,

(1) Plaintiff is GRANTED a 30-day extension of time, until July 29, 2026, to serve process on Defendant Michael Page;

(2) Failure to serve process on Defendant Michael Page will result in the dismissal of this action without prejudice without further notice; and

(2) The Order to Show Cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated: June 29, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2