# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTHEW PAGE,<br><br>                    Defendant. | Case No.  26-cv-00911-BLF<br><br>**ORDER ADDRESSING PLAINTIFF'S MOTIONS FILED JULY 28, 2026**<br><br>[Re:  ECF 41, 42, 43, 44, 46, 47] |

Plaintiff filed several motions on July 28, 2026, addressed as follows:

**(1)        Administrative Motion to File Under Seal (ECF 41)**

Plaintiff's administrative motion to file under seal is GRANTED IN PART.

Sealing is granted only as to Plaintiff's personal identifying information such as his name and address, as well as his medical information.  The documents submitted as attachments to the sealing motion shall remain sealed, and Plaintiff SHALL file redacted versions of those documents on the public docket.  Failure to file redacted versions of the sealed documents on the public docket within 30 days will result in the documents being unsealed without further notice.

**(2)        Motion to Enlarge Time to Serve Defendant Page (ECF 42)**

Plaintiff's motion to enlarge time to serve Defendant Page is GRANTED IN PART.

Plaintiff filed this action on January 29, 2026.  He did not serve Defendant Page – the only defendant named in the complaint – within 90 days as required under Federal Rule of Civil Procedure 4(m).  At Plaintiff's request, the Court extended the deadline for service until July 29, 2026.  Plaintiff requests a further extension of the deadline.  Plaintiff is granted an additional 14 days, until August 13, 2026, to complete service of process on Defendant Page.  Failure to meet the second extended deadline will result in dismissal of this case without further notice.

The Court notes that Plaintiff filed a proposed summons for Defendant Page on April 23,

United States District Court
Northern District of California

2026, showing a service address of 330 Bradford Street in Redwood City, which is known to be the address of the San Mateo County Sheriff's Office. It seems that service at that address would not be difficult.

**(3)     Motion to Amend Complaint (ECF 43)**

Plaintiff's motion for leave to amend the complaint is DENIED.

Plaintiff seeks leave to add new claims and new defendants, including the Federal Bureau of Investigation, San Mateo County, the San Mateo County Sheriff's Department, Santa Clara County, the Santa Clara County Sheriff's Department, and the United States. The claims asserted against those additional defendants are factually and legally implausible. Where claims "are factually and legally implausible, denial of leave to amend [lies] within the district court's discretion."). *Zadrozny v. Bank of New York Mellon*, 720 F.3d 1163, 1173 (9th Cir. 2013).

**(4)     Application to Defer Initial Case Management Conference (ECF 44)**

Plaintiff's request to defer the Initial Case Management Conference is GRANTED.

Given that no defendant has appeared, the Court will vacate the Initial Case Management Conference currently set for August 27, 2026. The Court will reset the Initial Case Management Conference if and when a defendant appears in the case.

**(5)     Request for Correction of Clerical Error Re Defendant Page's Name (ECF 46)**

Plaintiff's request for a correction of Defendant Page's name is GRANTED.

The docket and the orders issued by this Court contain a clerical error, referring to Defendant as "Michael Page" instead of "Matthew Page." The Clerk SHALL correct Defendant's name on the docket. All orders issued by the Court SHALL be deemed to refer to Defendant "Matthew Page" as identified in Plaintiff's complaint and other filings.

**(6)     Plaintiff's Change of Address (ECF 47)**

The Clerk SHALL update the docket to reflect Plaintiff's current address, provided in his Notice of Change of Address. See ECF 41-16 (sealed); ECF 47 (redacted).

**IT IS SO ORDERED.**

Dated:  July 30, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2