NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

REDACTED COPY

CASE NO. 26-cv-00911-BLF



JOHN DOE
*Pro Se* Litigant
[redacted]

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE COURTHOUSE**

| | | |
|---|---|---|
| ---------------------------------X | | |
| JOHN DOE, | : | CASE NO. 26-cv-00911-BLF |
| Plaintiff, | : | |
| v. | : | **<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)</u>** |
| MATTHEW PAGE, and DOE 1–20, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| ---------------------------------X | | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

1. PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety, without prejudice, as to all Defendants.

2. No Defendant has served an answer or a motion for summary judgment. This dismissal is therefore effective upon filing, without order of the Court. Federal Rule of Civil Procedure 41(a)(1)(A)(i).

/s/ JOHN DOE

JOHN DOE

Date: 8/17/2026